IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | : : : : : : : : | NO. 99-20593 |
| THIS DOCUMENT RELATES TO: Claimant: Norma Schlager Claim No.: 183/00 1947282 | : : : : | 2:15 MD 1203 |

### PRETRIAL ORDER NO. 9457

AND NOW, this 27th day of January, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the "Motion/Petition for Relief" of claimant Norma Schlager "Re Court Ordered Procedure No. 16, Based Upon (1) Excusable Neglect, (2) Lack of Due Process as to Notice of Court Ordered Procedure No. 16 Under Fed. R. Civ. P. 23, (3) Clarification and Interpretation of Court Ordered Procedure 16" (99-20593, Doc. # 5224; 12-1203, Doc. # 209438; 15-1203, Doc. # 1339) is DENIED.

BY THE COURT:

_/s/ Harvey Bartle_ J.