IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ | : | MDL DOCKET NO. 1203 |
| FENFLURAMINE/DEXFENFLURAMINE) | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| SHEILA BROWN, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HOME PRODUCTS | : | |
| CORPORATION | : | NO. 99-20593 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Claimant:   Norma M. Schlager | : | |
| Claim No.:   183/00 1947282 | : | 2:15 MD 1203 |
| | : | |

# PRETRIAL ORDER NO. 9485

AND NOW, this    9th of March, 2017, it is hereby

ORDERED that the September 19, 2016 Report and Award of

Arbitrator is AFFIRMED.

BY THE COURT:

_Harvey Bartle_ J.